

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-27-2007

# Lauren W. v. DeFlaminis

Precedential or Non-Precedential: Precedential

Docket No. 05-3774

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Lauren W. v. DeFlaminis" (2007). *2007 Decisions.* Paper 1375.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1375

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 05-3774, 05-4008, 05-4009

———————

LAUREN W., BY AND THROUGH HER PARENTS,
JEAN AND JAMES W.; JEAN W.; JAMES W.,
ON THEIR OWN BEHALF,

Appellants in No. 05-3774

v.

JOHN A. DEFLAMINIS, DR., IN HIS INDIVIDUAL
CAPACITY; KITTY LUGAR, DR., IN HER INDIVIDUAL
CAPACITY; RADNOR TOWNSHIP SCHOOL DISTRICT,

Appellants in Nos. 05-4008 & 05-4009

———————

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 03-cv-01526)
District Judge: Honorable Legrome D. Davis

———————

Argued December 13, 2006

BEFORE: FISHER, CHAGARES and GREENBERG, Circuit Judges

———————

ORDER AMENDING OPINION

———————

It is hereby ordered that the opinion in this case filed March 22, 2007, is amended

as follows:

(1) In the third line of the third paragraph in footnote 11 of the slip opinion on page 15 the word "of" should be inserted between "resolution" and "the";

(2) In the third line of footnote 13 on page 19 the word "deposition" should be substituted for "disposition";

(3) In the last line of footnote 13 on page 19 "non-moving" should be substituted for "nonmoving";

(4) In the first line of footnote 14 on page 19 "DeFlaminis" should be substituted for "DeFalminis" and "Lugar" should be substituted for "Luger."


By the Court,


_____/s/ Morton I. Greenberg_____
Circuit Judge


DATED: 27 March 2007